# IN THE SUPREME COURT OF THE STATE OF NEVADA

YIORKIS PINEDA-LAURENCIO, A/K/A YIORKIS LAURENCIO PINEDA,
               Appellant,
        vs.
THE STATE OF NEVADA,
               Respondent.

No. 80052

FILED

DEC 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus, purportedly entered on October 23, 2019.[1] Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

This court's review of this appeal reveals a jurisdictional defect. The documents before this court do not indicate that an order denying a postconviction petition for a writ of habeas corpus was entered on October 23, 2019. To the extent that appellant appeals from the "order denying defendant's pro per petition for writ of habeas corpus" entered on May 28,

---

[1]No habeas corpus petition was filed in related district court case number 08C247198.

19-51055

2019, the notice of appeal was untimely filed. *See* NRS 34.575; *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994). Accordingly, this court ORDERS this appeal DISMISSED.[2]

_____ Pickering _____, J.
Pickering

_____, J.
Parraguirre

_____ Cadish _____, J.
Cadish

cc:  Hon. Kathleen E. Delaney, District Judge
     Yiorkis Pineda-Laurencio
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

_____

[2]Given this order, this court takes no action on the "application for appointment of attorney" filed on December 13, 2019.

SUPREME COURT
OF
NEVADA

(O) 1947A